PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
SAFECO INSURANCE COMPANY OF ILLINOIS

HAIK BELORYAN(SBN 265667)
LAW OFFICES OF HAIK BELORYAN
4730 Woodman Ave. Ste 405
Sherman Oaks, CA 91423
Telephone: (818) 387-6428
Facsimile: (818) 387-6893

Attorneys for Plaintiffs,
HABIB RASHED AND KAMELIA NASSER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHABIB RASHED, an individual, and KAMELIA NASSER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, INC., an Illinois Corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 1:12-cv-00037-AWI-MJS<br><br>**STIPULATION AND ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE** |

It is hereby stipulated by and between plaintiffs HABIB RASHED and KAMELIA NASSER and SAFECO INSURANCE COMPANY OF ILLINOIS, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: February 25, 2013 | LAW OFFICES OF HAIK BELORYAN |
| | By: */s/ Haik Beloryan*<br>HAIK BELORYAN<br>Attorneys for Plaintiffs<br>HABIB RASHED AND KAMELIA NASSER |
| Dated: February 25, 2013 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: */s/ Pamela E. Cogan*<br>PAMELA E. COGAN<br>STACY TUCKER<br>Attorneys for Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS |

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

IT IS SO ORDERED.

Dated:   February 26, 2013            _____
                                       SENIOR  DISTRICT  JUDGE